IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**


Civil Action No. 08–cv–01966–LTB–KMT


STEVE CRAIG HAROLD, and
CAROL LEE HAMILTON,

      Plaintiffs,

v.

THE SUITES AT STEAMBOAT OWNERS ASSOCIATION,
a Colorado Non-Profit Corporation;
CELEBRITY RESORTS OF STEAMBOAT SPRINGS, LLC,
a Colorado Limited Liability Company;
CELEBRITY RESORTS, LLC,
a Florida Limited Liability Company;
CELEBRITY RESORTS OF COLORADO MANAGEMENT COMPANY, LLC,
a Colorado Limited Liability Company;
CELEBRITY RESORTS MANAGEMENT, LLC,
a Florida Limited Liability Company;
CELEBRITY RESORTS INTERNATIONAL ENTERPRISES, INC.,
a Florida Profit Corporation; and
CELEBRITY RESORTS MANAGEMENT SERVICES, INC,
a Florida Profit Corporation;
JARED M. MEYERS, a/k/a Jared Meyers and Jared A. Meyers, an Individual;
NEIL S. MEYERS, a/k/a Neil Meyers and Dr. Neil Meyers, an Individual; and
C. CRAIG LEWIS, a/k/a Craig Lewis, an Individual,

      Defendants.

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendants Celebrity Resorts of Steamboat Springs, LLC; Celebrity Resorts, LLC; Celebrity Resorts of Colorado Management Company, LLC; Celebrity Resorts Management, LLC; Celebrity Resorts International Enterprises, Inc.; and Celebrity Resorts Management Services,

Inc. Motion for Leave to Amend Answers" (#38, filed March 16, 2009) is DENIED without prejudice, in light of the errata (doc. nos. 54 and 55) filed by the defendants.  Defendants are directed to re-file a revised motion to amend answers, attaching the correct proposed amended answers, in order to allow Plaintiffs an opportunity to respond.

Dated: April 29, 2009