IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01966–LTB–KMT

STEVE CRAIG HAROLD, and
CAROL LEE HAMILTON,

      Plaintiffs,

v.

THE SUITES AT STEAMBOAT OWNERS ASSOCIATION,
a Colorado Non-Profit Corporation;
CELEBRITY RESORTS OF STEAMBOAT SPRINGS, LLC,
a Colorado Limited Liability Company;
CELEBRITY RESORTS, LLC,
a Florida Limited Liability Company;
CELEBRITY RESORTS OF COLORADO MANAGEMENT COMPANY, LLC,
a Colorado Limited Liability Company;
CELEBRITY RESORTS MANAGEMENT, LLC,
a Florida Limited Liability Company;
CELEBRITY RESORTS INTERNATIONAL ENTERPRISES, INC.,
a Florida Profit Corporation; and
CELEBRITY RESORTS MANAGEMENT SERVICES, INC,
a Florida Profit Corporation;
JARED M. MEYERS, a/k/a Jared Meyers and Jared A. Meyers, an Individual;
NEIL S. MEYERS, a/k/a Neil Meyers and Dr. Neil Meyers, an Individual; and
C. CRAIG LEWIS, a/k/a Craig Lewis, an Individual,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Unopposed Motion for Leave to Participate in Settlement Conference by
Telephone" (# 51, filed April 27, 2009) is GRANTED in part and DENIED in part.

The court ORDERS one corporate representative <u>and</u> the insurance representative be present **in person** at the May 15, 2009 settlement conference.  Messrs. Meyers, Meyers and Lewis are excused from participating in the settlement conference.

If, on the basis of this Order, the defendants no longer wish to participate in the May 15, 2009 settlement conference, they shall submit a Motion to Vacate the settlement conference as soon as is practicable.

Dated: May 6, 2009