**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01966-LTB-KMT

STEVE CRAIG HAROLD and
CAROL LEE HAMILTON,

       Plaintiffs,

v.

THE SUITES AT STEAMBOAT OWNERS ASSOCIATION, a Colorado non-profit corporation;
CELEBRITY RESORTS OF STEAMBOAT SPRINGS, LLC, a Colorado limited liability company;
CELEBRITY RESORTS, LLC, a Florida limited liability company;
CELEBRITY RESORTS OF COLORADO MANAGEMENT COMPANY, LLC, a Colorado limited liability company;
CELEBRITY RESORTS MANAGEMENT LLC, a Florida limited liability company;
CELEBRITY RESORTS INTERNATIONAL ENTERPRISES, INC., a Florida profit corporation; and
CELEBRITY RESORTS MANAGEMENT SERVICES, INC., a Florida profit corporation;
HARED M. MEYERS, a/k/a Jared Meyers and JARED A. MEYERS, an individual;
NEIL S. MEYERS, a/k/a Neil Meyers and DR. NEIL MEYERS, an individual; and
C. CRAIG LEWIS, a/k/a Craig Lewis, an individual,

       Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 76 - filed July 14, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   July 16, 2009